UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: ELIZABETH THOMAS,<br><br>                            Debtor. | 25-CV-8932 (JPO)<br><br>ORDER GRANTING IFP<br>APPLICATION |

J. PAUL OETKEN, District Judge:

    Leave to proceed in this Court without prepayment of fees (*see* ECF No. 3) is authorized.

*See* 28 U.S.C. § 1915.

    SO ORDERED.

Dated: October 30, 2025
       New York, New York

                                                    J. PAUL OETKEN
                                           United States District Judge