UNITED STATE BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
NEW YORK DIVISION
_____X

In re:                                                                                         Appeal No.  25-cv-08932

      Elizabeth Thomas

         Debtor.
_____X

**Elizabeth Thomas**

                       *Plaintiff*

vs.

**P.C.F Properties in TX, LLC**
                     *Non-Existent*
_____X

## STATEMENT OF ELECTION

    **COMES NOW**, Elizabeth Thomas, (the "Appellant"), and files this statement of election as follows:

    Part 1: <u>Identity of Appellants</u>

1. **Name of Appellant**

Elizabeth Thomas

2. **Position of appellant(s) in the adversary proceeding or bankruptcy case that is the subject of this appeal:**

This is appeal is from a non-adversary proceeding and is being brought by the debtor.

    Part 2:  <u>Identify the subject of this appeal</u>

1. **Describe the judgment—or the appealable order or decree—from which the appeal is taken:**

On October 17, 2025, the bankruptcy court **ORDERED,** that if Non-Existent P.C. F. Properties in TX, LLC.,(the Movant") a  wishes to supplement the relief sought by the Motion so as to request that any dismissal of this case be with prejudice—that is, that the

dismissal order include provisions limiting the Debtor's ability to file future petitions under the Bankruptcy Code or, alternatively, limiting the application of the automatic stay in future cases filed by the Debtor. This entity P.C. F. Properties in TX, LLC. has no legal existence and is not a creditor in the debtor bankruptcy and is unknown to the debtor. Others Courts have already established that this entity lacks and existence. The Second Circuit, is consistent with general law, that **a judgment or order cannot be rendered against or in favor of an entity that does not exist because it is not a _proper party_**. A non-existent entity is generally considered a "legal nullity," meaning it cannot initiate a lawsuit or have a judgment entered for or against it. Non-existence entity P.C.F. Properties in TX, LLC., believes this law does not apply to Blacks. **ORDERED,** that the Non-existence entity P.C.F. Properties in TX, LLC., may take discovery, pursuant to the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure and the Local Rules of this Court, on the issues raised by the Motion.

2. **State the date on which the judgment—or the appealable order or decree—was entered**:

    October 17, 2025.

**Part 3: Identify the other parties to the appeal** List the names of all parties to the judgment—or the appealable order or decree—from which the appeal is taken and the names, addresses, and telephone numbers of their attorneys (attach additional pages if necessary):

1. **Non-Existent** P. C. F. Properties in TX, LC.,     **ARMSTRONG TEASDALE LLP.**
   400 Park Ave., 12th Floor
   New York, NY 10022

**Part 4: Optional election to have appeal heard by District Court (applicable only in certain districts)** If a Bankruptcy Appellate Panel is available in this judicial district, the Bankruptcy Appellate Panel will hear this appeal unless, pursuant to 28 U.S.C. § 158(c)(1), a party elects to have the appeal heard by the United States District Court. If an appellant filing this notice wishes to have the appeal heard by the United States District Court, check below. Do not check the box if the appellant wishes the Bankruptcy Appellate Panel to hear the appeal.

x Appellant(s) elect to have the appeal heard by the United States District Court rather than by the Bankruptcy Appellate Panel.

                Respectfully submitted

           /s/Elizabeth Thomas
           Elizabeth Thomas Pro, Se
           712 H Street NE #2487
           Washington DC 20002
           Tethomas3@aol.com

## CERTIFICATE OF SERVICE

I certify that this document was duly served via on the CM/ECF system, will be automatically serve a Notice of Electronic Filing on counsel of record on November 3, 2025 upon:

**ARMSTRONG TEASDALE LLP.**
400 Park Ave., 12th Floor
New York, NY 10022

| | |
|---|---|
| **Thomas C. Frost**<br>Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603 | represented **Thomas C. Frost**<br>by Chapter 13 Standing Trustee<br>399 Knollwood Rd<br>Suite 102<br>White Plains, NY 10603<br>914-328-6333<br>Email: info@FrostSDNY13.com |
| *U.S. Trustee*<br>**United States Trustee**<br>Office of the United States Trustee - NY<br>Alexander Hamilton Custom House<br>One Bowling Green, Room 534<br>New York, NY 10004-1408 | |

*/s/Elizabeth Thomas*

## AMENDED CREDITORS MATRIX

Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Jefferson Capitol Systems LLC
P..Box115220
Carrolton Tx., 75011

LVNV Funding LLC
355 S Min Street 300-D
Greenville SC 29601

PCF Properties in Texas LLC
1942 Broadway St. STE 314C
Bolder Co, 80302

PCF Properties in Texas LLC
C/O  Alzadia L. Spires, Esq.
*The Spires Law Firm - Managing Partner*
17515 Spring Cypress Road, Suite C
Cypress, Texas 77429