# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
WHITE PLAINS DIVISION
IN RE

      ELIZABETH THOMAS

          DEBTOR

HEARING DATE: September 11, 2019
HEARING TIME: 10:00 a.m.
HEARING PLACE: White Plains

CHAPTER 13

CASE NO. 18-23676 (shl)

JUDGE: Sean H. Lane

**ORDER GRANTING QUALIFIED *IN REM* RELIEF FROM THE AUTOMATIC STAY**

      Upon the motion, dated March 15, 2019 (the "Motion"), of JPMorgan Chase Bank, N.A.as servicer for JPMorgan Chase Bank, National Association (with any subsequent successor or assign, the "Movant"), for an order pursuant to 11 U.S.C. § 362(d)(4)(B), for *in rem* relief from the automatic stay imposed in subsequent cases under 11 U.S.C. § 362(a), such that any and all future filings under the Bankruptcy Code during the next two years by the debtor herein, Elizabeth Thomas (the "Debtor") or any other person or entity with an interest in the real property known as 8202 Terra Valley Lane, Tomball, TX 77375 (the "Property") and after due and sufficient service and notice, the Court having held a hearing on the Motion on September 11, 2019; and, after due deliberation, the Court having determined that the filing of the Debtor's bankruptcy petition was part of a scheme to delay, hinder, and defraud creditors that has involved multiple bankruptcy filings by the Debtor and affecting the Property; and good and sufficient cause appearing, including the failure of the Debtor to perform their duties as a debtor under the Bankruptcy Code in good faith in multiple bankruptcy cases affecting the Property, it is

18-077067

**ORDERED** that, under 11 U.S.C. § 362(d)(4), and provided that this order is recorded in conformity therewith, any future case filed under the Bankruptcy Code by the Debtor, Elizabeth Thomas, within two years from the entry of this order shall not operate as an automatic stay under 11 U.S.C. § 362(a) as to Movant's interest in the Property.

Dated: White Plains, New York

December 20, 2019

*/s/ Sean H. Lane* _
Honorable Sean H. Lane
U.S. Bankruptcy Judge

18-077067