# EXHIBIT C

Corporations Section  
P.O.Box 13697  
Austin, Texas 78711-3697

Jane Nelson  
Secretary of State

# Office of the Secretary of State

## Certificate of Fact

The undersigned, as Secretary of State of Texas, does hereby certify that the document, Articles of Organization for P.C.F. PROPERTIES IN TX, LLC (file number 800450156), a Domestic Limited Liability Company (LLC), was filed in this office on February 07, 2005.

It is further certified that the entity status in Texas is in existence.

In testimony whereof, I have hereunto signed my name officially and caused to be impressed hereon the Seal of State at my office in Austin, Texas on November 04, 2025.



Jane Nelson  
Secretary of State

*Come visit us on the internet at https://www.sos.texas.gov/*

| Phone: (512) 463-5555 | Fax: (512) 463-5709 | Dial: 7-1-1 for Relay Services |
| Prepared by: SOS-WEB | TID: 10264 | Document: 1532087010003 |