THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>ELIZABETH THOMAS,<br><br>              Debtor. | Bankruptcy Case<br><br>Case No. 25-11431-pb-13 |
| ELIZABETH THOMAS<br><br>              Appellant,<br><br>v.<br><br>P.C.F. PROPERTIES IN TX, LLC,<br><br>              Appellee. | Case No. 1:25-cv-08932-JPO |

**ORDER GRANTING EMERGENCY**
**MOTION TO DISMISS INTERLOCUTORY APPEAL**

Upon consideration of the Appellee P.C.F. Properties in TX, LLC's *Emergency Motion to Dismiss Interlocutory Appeal*, and good cause having been found, it is hereby ORDERED that the above-captioned appeal is DISMISSED.

                                                                        Hon. J. Paul Oetken,
                                                                        United States District Court Judge