UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELIZABETH THOMAS,
                     Appellant,

       -v-                               25-CV-8932 (JPO)

P.C.F. PROPERTIES IN TX, LLC,         ORDER
                     Appellee.

J. PAUL OETKEN, District Judge:

    On October 28, 2025, Elizabeth Thomas, proceeding *pro se* and *in forma pauperis*, filed an appeal from an order from the United States Bankruptcy Court for the Southern District of New York scheduling an evidentiary hearing in December 2025 and setting related deadlines. (ECF No. 1.) On November 5, 2025, P.C.F. Properties in TX, LLC ("P.C.F.") filed an emergency motion to dismiss Thomas's appeal. (ECF No. 6.)

    Thomas shall file any response to P.C.F.'s motion to dismiss her appeal no later than November 12, 2025.

    SO ORDERED.

Dated: November 6, 2025
       New York, New York

                                          J. PAUL OETKEN
                                          United States District Judge