**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
ELIZABETH THOMAS,

                Appellant,

-against-    25 **CIVIL** 8932 (JPO)

**JUDGMENT**

P.C.F. PROPERTIES IN TX, LLC,

                Appellee.
-----------------------------------------------------------------X

    It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated November 17, 2025, P.C.F.'s motion to dismiss Thomas's appeal is GRANTED; accordingly, the case is closed.

**Dated:** New York, New York

      November 18, 2025

                                                  **TAMMI M. HELLWIG**
                                                     **Clerk of Court**

                    **BY:**          *K. Mango*

                                                        **Deputy Clerk**